502

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLARENCE MOORE, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 567.

*Mr. Stanley C. VanNess* and *Mr. Steven L. Lefelt* for the petitioner.

*Mr. Henry Gorelick* and *Mr. James A. O'Neill* for the respondent.

September 15, 1969.  Denied.

SHORE MEMORIAL HOSPITAL, PLAINTIFF-PETITIONER, v. THE SOMERS POINT CITY SEWERAGE AUTHORITY, DEFENDANT-RESPONDENT.

*Messrs. Champion & Champion* for the petitioners.

*Mr. Elias G. Naame* for the respondent.

September 15, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES ROWE, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

September 15, 1969.  Granted.